JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>             Plaintiff,<br><br>     vs.<br><br>SMART & FINAL PROPERTIES 1, LLC, et al.,<br><br>             Defendants. | No. 5:12-CV-01404-PA-SPx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: November 7, 2012

_____
United States District Court Judge

*Shaw v. Smart & Final Properties I, LLC, et al.*
[Proposed] Order Granting Stipulation for Dismissal of Action

Page 1