1                                                                          JS6

2

3

4                    **UNITED STATES DISTRICT COURT**

5                    **CENTRAL DISTRICT OF CALIFORNIA**

6

7   CECIL SHAW,                              )   No.  5:12-CV-01404-PA-SPx
                                             )
8              Plaintiff,                    )   **ORDER GRANTING STIPULATION FOR**
                                             )   **DISMISSAL OF ACTION**
9        vs.                                 )
                                             )
10  SMART & FINAL PROPERTIES 1, LLC, et      )
    al.,                                     )
11                                           )
                                             )
12             Defendants.                   )
                                             )
13  _____ )

14

15

16                           **ORDER**

17

18       The parties having so stipulated,

19       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

20

21  **IT IS SO ORDERED**.

22

23  Dated: November 7, 2012          _____

24                                   United States District Court Judge

25

26

27

28

*Shaw v. Smart & Final Properties I, LLC, et al.*
[Proposed] Order Granting Stipulation for Dismissal of Action
                           Page 1